No. 64804.—Ross Products, Inc., et al. *v.* United States, protests 59/33602, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of dice the same in all material respects as those the subject of Abstract 64186, the claim of the plaintiffs was sustained.

No. 64805.—Eastern Tanning Co. et al. *v.* United States, protests 59/14080, etc. (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

No. 64806.—St. Mary's Nativity Church *v.* United States, protest 59/25167–11109 (Chicago).

Opinion by MOLLISON, J.   The protest was dismissed.

No. 64807.—Florida Export Corporation *v.* United States, protest 59/25179 (Tampa).

Opinion by MOLLISON, J.   The protest was dismissed.

No. 64808.—Elmer Little & Sons, Inc. *v.* United States, protest 59/30285 (New York).

Opinion by MOLLISON, J.   The protest was dismissed.

No. 64809.—House of Italian Handicrafts, Inc. *v.* United States, protest 59/32782(B) (New York).

Opinion by MOLLISON, J.   The protest was dismissed.